UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00987-KES-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 12) |

Pending before the Court is Defendant's second stipulated request to extend the deadline to file a response to Plaintiff's complaint, from November 10, 2025, through and including December 17, 2025. (Doc. 12). The parties represent that, due to the lapse in appropriations on September 30, 2025, that have been funding the Department of Justice ("DOJ"), DOJ attorneys are "prohibited from working, even on a voluntary basis, except in very limited circumstances" not deemed to include "most civil cases at this time." *Id.* at 1-2.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file a copy of the administrative record by no later than **December 17, 2025**; and

///

///

///

2. Plaintiff's motion for summary judgment, the cross-motion for summary judgment, and any optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5 ¶¶ 3-5).

IT IS SO ORDERED.

Dated: **November 5, 2025**

_____
UNITED STATES MAGISTRATE JUDGE