UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00987-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Pending before the Court is Plaintiff Jesus Mendez's stipulated request to extend the deadline to file a motion for summary judgment, from January 15, 2026, through and including March 13, 2026. (Doc. 15). In support, the parties represent that Plaintiff's counsel has 30 briefs due during the weeks of January 5, 2026, and January 12, 2026, and requires additional time to brief the issues in this action. *Id.* at 2.

For good cause shown, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **March 13, 2026**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

　　Dated: __**January 7, 2026**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE