UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MENDEZ, | Case No. 1:25-cv-00987-KES-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 21) |
| Defendant. | **May 13, 2026, Deadline** |

Pending before the Court is Defendant's stipulated request, filed on May 8, 2026, to extend the deadline to file a response to Plaintiff's motion for summary judgment. (Doc. 21). Defendant seeks an extension from May 11, 2026, to May 13, 2026. In support, Defendant represents that counsel will "likely be out of the office for the entirety of May 11, 2026, due to unexpected circumstances" and "[g]iven competing workload requirements," an extension will "provide the opportunity for [counsel] to prioritize completing the response" to the motion for summary judgment. *Id.* at 1-2.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file the response to Plaintiff's motion for summary judgment no later than **May 13, 2026**; and

///

2.  Any optional reply shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE